## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**WILLIAM T. SAVAGE, SR.**

**CIVIL ACTION NO: 3:21-cv-02253**

**VERSUS**

**JUDGE: TERRY A. DOUGHTY**

**LASALLE MANAGEMENT COMPANY
AKA LASALLE CORRECTIONAL CENTER,
LASALLE CORRECTIONS, L.L.C.,
WILLIAM MCCONNELL, PAT TEMPLE,
JOHNNY CREED, AND
ELIZABETH LIBBY TIGNER**

**MAGISTRATE JUDGE: KAYLA D.
MCCLUSKY**

## ORDER

CONSIDERING the *Ex Parte Motion for Extension of Time* [doc. #3] filed by defendants, LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C., William McConnell;

**IT IS HEREBY ORDERED** that Defendants' Motion is GRANTED and that Defendants are granted an additional twenty-one days or until November 12, 2021, to file responsive pleadings to Plaintiff's Complaint for Damages, Rec.Doc 1.

SIGNED at Monroe, Louisiana, this 22nd day of October, 2021.

_____
MAGISTRATE JUDGE
WESTERN DISTRICT OF LOUISIANA