**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WILLIAM T. SALVAGE, SR.**                    **CIVIL DOCKET NO: 3:21-CV-02253**


**VERSUS**                                      **JUDGE TERRY A. DOUGHTY**

**LASALLE MANAGEMENT COMPANY**
**AKA LASALLE CORRECTIONAL CENTER,   MAG. JUDGE KAYLA D. MCCLUSKY**
**LASALLE CORRECTIONS, L.L.C.**
**WILLIAM MCCONNELL,**
**PAT TEMPLE**
**JOHNNY CREED, AND**
**ELIZABETH LIBBY TIGNER**


**ORDER**

**Considering the foregoing Motion for Extension:**

        IT IS ORDERED that the Plaintiff's Motion for Extension of Twenty-one (21) days

from October 26, 2021, or until Tuesday, November 16, 2021, to effect service on

Defendants PAT TEMPLE, JOHNNY CREED AND LASALLE CORRECTIONAL

CENTER be GRANTED.


THUS DONE AND SIGNED on this the 28th day of October, 2021 in Monroe,

Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE