UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WILLIAM T. SAVAGE, SR.** | **CIVIL ACTION NO: 3:21-cv-02253** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **LASALLE MANAGEMENT COMPANY AKA LASALLE CORRECTIONAL CENTER, LASALLE CORRECTIONS, L.L.C., WILLIAM MCCONNELL, PAT TEMPLE, JOHNNY CREED, AND ELIZABETH LIBBY TIGNER** | **MAGISTRATE JUDGE: KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing *Motion to Enroll as Additional Counsel for Defendants*;

**IT IS HEREBY ORDERED** that Catherine S. St. Pierre (Bar Roll #18419) of the law firm of Erlingson Banks, PLLC, be allowed to enroll as additional counsel of record for defendants, LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C., and William McConnell.

**MONROE, LOUISIANA**, this 10th day of November, 2021.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA