**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WILLIAM T. SALVAGE, SR.**                              **CIVIL DOCKET NO: 3:21-CV-02253**


**VERSUS**                                                      **JUDGE TERRY A. DOUGHTY**

**LASALLE MANAGEMENT COMPANY**
**AKA LASALLE CORRECTIONAL CENTER,**   **MAG. JUDGE KAYLA D. MCCLUSKY**
**LASALLE CORRECTIONS, L.L.C.**
**WILLIAM MCCONNELL,**
**PAT TEMPLE**
**JOHNNY CREED, AND**
**ELIZABETH LIBBY TIGNER**


## ORDER

Considering the foregoing Motion for Extension [doc. #15],

IT IS ORDERED that the Plaintiff's Motion for Extension of five (5) days from

December 3, 2021, or until Friday, December 10, 2021, to file his response be GRANTED.

THUS DONE AND SIGNED on this the 6th day of December, 2021 in Monroe,

Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE