UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WILLIAM T. SAVAGE, SR.** | **CASE NO. 3:21-CV-02253** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE MANAGEMENT CO., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 21] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 11] is **GRANTED** as to Plaintiff's claims (1) against McConnell and Tigner under Title VII; (2) for failure to train under Title VII; (3) under the WPA; (4) against Tigner under state law; (5) for failure to promote in 2010 and 2016; (6) for racial hostile work environment under Title VII; and (7) for employment discrimination under La. R.S. § 23:332. These claims shall be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 11] is **DENIED** as to Plaintiff's (1) Title VII failure to promote claim as to his 2018 application for head warden; (2) Title VII wrongful termination claim; and (3) Title VII retaliation claim.

**MONROE, LOUISIANA** this 26th day of July 2022.

                                                        **TERRY A. DOUGHTY**
                                                        **UNITED STATES DISTRICT JUDGE**