**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WILLIAM T. SAVAGE, SR.**                        **CIVIL ACTION NO: 3:21-cv-02253**


**VERSUS**

                                                  **JUDGE: TERRY A. DOUGHTY**


**LASALLE MANAGEMENT COMPANY**
**AKA LASALLE CORRECTIONAL CENTER,**
**LASALLE CORRECTIONS, L.L.C.,**
**WILLIAM MCCONNELL, PAT TEMPLE,**               **MAGISTRATE JUDGE: KAYLA D.**
**JOHNNY CREED, AND**                             **MCCLUSKY**
**ELIZABETH LIBBY TIGNER**

---

## ORDER

Considering the foregoing *Motion to Enroll as Additional Counsel for Defendants*;

**IT IS HEREBY ORDERED** that Kaitlin A. Wall (Bar Roll #39462) of the law firm of

Erlingson Banks, PLLC, be allowed to enroll as additional counsel of record for defendants,

LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C., and

William McConnell.

**MONROE, LOUISIANA**, this 22nd day of September, 2022.

_____
**MAGISTRATE JUDGE**
**WESTERN DISTRICT OF LOUISIANA**