UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WILLIAM T. SAVAGE, SR.** | **CASE NO. 3:21-CV-02253** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE MANAGEMENT CO., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 40] having been considered, no objections thereto having been filed, having reviewed the record, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 33], is **GRANTED IN PART** and **DENIED IN PART**.

To the extent that Defendants seek dismissal with prejudice, their motion is **DENIED**.

To the extent that Defendants seek attorney's fees, their motion is **GRANTED**. Costs and fees are assessed against Plaintiff's counsel, Carol D. Powell Lexing, for the total sum of $600.00, with payment to be issued within seven (7) days after the date of this judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Scheduling Order [Doc. No. 29] is **VACATED**.

**MONROE, LOUISIANA** this 24th day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**