**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WILLIAM T. SALVAGE, SR.**                    **CIVIL DOCKET NO: 3:21-CV-02253**


**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**LASALLE MANAGEMENT COMPANY**
**AKA LASALLE CORRECTIONAL CENTER,**   **MAG. JUDGE KAYLA D. MCCLUSKY**
**LASALLE CORRECTIONS, L.L.C.**
**WILLIAM MCCONNELL,**
**PAT TEMPLE**
**JOHNNY CREED, AND**
**ELIZABETH LIBBY TIGNER**


**ORDER**

**Considering the foregoing Motion for Extension:**

**IT IS ORDERED that the Joint Motion for Extension of Discovery from September 26, 2023, to December 10, 2023, is GRANTED.**

**IT IS FURTERED ORDERED that the Scheduling Order [Doc. 42] be upset and a new scheduling order will issue, consistent with the discovery extension.**

**THUS DONE AND SIGNED on this the 26th day of September, 2023 in Monroe, Louisiana.**

_____
**UNITED STATES MAGISTRATE JUDGE**