**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

WILLIAM T SAVAGE SR                              CASE NO.  3:21-CV-02253

VERSUS                                                         JUDGE TERRY A. DOUGHTY

LASALLE MANAGEMENT CO ET AL          MAG. JUDGE KAYLA D. MCCLUSKY

**ORDER**

Considering the foregoing Motion for Leave to File Reply [Doc. No.49] in Support of

Defendants' Motion in Limine [Doc. No. 46] filed by Defendants, LaSalle Management

Company aka LaSalle Correctional Center, and LaSalle Corrections, L.L.C,

**IT IS ORDERED** that the Motion is **GRANTED.** The Clerk is requested to file the

proposed pleadings [Doc. No. 49-1, 49-2] into the record of this matter.

MONROE, LOUISIANA, this 8th day of April 2024.

_____
Terry A. Doughty
United States District Judge