# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **WILLIAM T. SAVAGE, SR.** | **CIVIL ACTION NO.: 3:21-02253** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **LASALLE MANAGEMENT COMPANY AKA LASALLE CORRECTIONAL CENTER, LASALLE CORRECTIONS, L.L.C, WILLIAM MCCONNELL, PAT TEMPLE, JOHNNY CREED, AND ELIZABETH LIBBY TINGER** | **MAGISTRATE JUDGE: KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing *Motion to Withdraw and Substitute Counsel of Record* filed by Defendants, LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C.;

**IT IS ORDERED** that the motion is hereby GRANTED;

**IT IS FURTHER ORDERED** that Kaitlin A. Wall and the law firm of Fisher Phillips is hereby enrolled and substituted as counsel of record for Defendants, LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C., in place of the law firm of Erlingson Banks, PLLC, and that Mary G. Erlingson, Catherine S. St. Pierre, James L. Hilburn, and London B. Smith and the law firm of Erlingson Banks, PLLC are hereby withdrawn as counsel of record for Defendants, LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 5th day of March, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**