UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM T. SAVAGE, SR. | CIVIL ACTION NO.: 3:21-02253 |
| VERSUS | JUDGE: TERRY A. DOUGHTY |
| LASALLE MANAGEMENT COMPANY AKA LASALLE CORRECTIONAL CENTER, LASALLE CORRECTIONS, L.L.C, WILLIAM MCCONNELL, PAT TEMPLE, JOHNNY CREED, AND ELIZABETH LIBBY TINGER | MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

## <u>ORDER</u>

Considering the foregoing *Motion to Withdraw Counsel of Record* filed by Defendants,

LaSalle Management Company aka LaSalle Correctional Center, LaSalle Corrections, L.L.C.;

**IT IS ORDERED** that the motion is hereby GRANTED;

**IT IS FURTHER ORDERED** that Tara L. Johnston is hereby withdrawn as counsel of

record for Defendants, LaSalle Management Company aka LaSalle Correctional Center, LaSalle

Corrections, L.L.C.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 7th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE