**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WILLIAM T SAVAGE SR**                    **CASE NO.  3:21-CV-02253**

**VERSUS**                                          **JUDGE DOUGHTY**

**LASALLE MANAGEMENT CO ET AL**      **MAG. JUDGE MCCLUSKY**

J U D G M E N T

For the reasons set forth in the Court's Ruling (ECF No. 88),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to

Dismiss (ECF No. 77) is **GRANTED**, and William Savage's claims against LaSalle

Management Company a/k/a LaSalle Correctional Center and LaSalle Corrections,

L.L.C. are hereby **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 29th day of March, 2025.

_____

Terry A. Doughty
United States District Judge